HONORABLE THERESA L. FRICKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DANA MCARTHUR, as Personal Representative of the ESTATES of ANDREA MCARTHUR and RACHEL MCARTHUR, and as ANDREA MCARTHUR and RACHEL MCARTHUR's Wrongful Death Beneficiary; COLLIN KOMPLIN, as Personal Representative of the ESTATE OF JACQUELYN KOMPLIN, and ERIN KOMPLIN and COLLIN KOMPLIN as JACQUELYN KOMPLIN's Wrongful Death Beneficiaries; GERALD L. FULLER as Personal Representative of the Estate of JANET G. KROLL, and GERALD L. FULLER and WENDY CAVALLI, as JANET G. KROLL's Wrongful Death Beneficiaries,

   Plaintiffs,
 v.

HOLLAND AMERICA LINE, INC.; HOLLAND AMERICA LINE N.V., LLC, doing business as HOLLAND AMERICA LINE N.V.; HAL ANTILLEN N.V.; SOUTHEAST AVIATION, LLC; and ROLF W. LANZENDORFER, II, deceased, by and through the Personal Representative of the ESTATE of ROLF LANZENDORFER,

   Defendants.

Case No.: 2:22-cv-01071-TLF

DEFENDANT HOLLAND AMERICA LINE, INC., HOLLAND AMERICA LINE N.V. LLC, AND HAL ANTILLEN N.V.'S CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Defendants Holland America Line, Inc., Holland America Line N.V. LLC, and HAL Antillen N.V., state that each is a wholly-owned subsidiary (direct or indirect) of Carnival Corporation & plc, a publicly-traded entity dual-listed on the NYSE and FTSE

DATED this 30th day of August 2022.

STOKES LAWRENCE, P.S.

By: /s/Caryn Geraghty Jorgensen
Caryn Geraghty Jorgensen (WSBA #27514)
Brett MacIntyre (WSBA #46572)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone:  (206) 626-6000
Fax:  (206) 464-1496
E-mail:  Caryn.Jorgensen@Stokeslaw.com
E-mail:  Brett.MacIntyre@stokeslaw.com

Attorneys for Defendants Holland American Line, Inc., Holland America Line N.V., and HAL Antillen N.V.