The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANA MCARTHUR, as Personal Representative of the ESTATES of ANDREA MCARTHUR and RACHEL MCARTHUR, and as ANDREA MCARTHUR and RACHEL MCARTHUR's Wrongful Death Beneficiary; COLLIN KOMPLIN, as Personal Representative of the ESTATE of JACQUELYN KOMPLIN, and ERIN KOMPLIN and COLLIN KOMPLIN as JACQUELYN KOMPLIN's Wrongful Death Beneficiaries; GERALD L. FULLER, as Personal Representative of the Estate of JANET G. KROLL, and GERALD L. FULLER and WENDY CAVALLI, as Janet G. Kroll's Wrongful Death Beneficiaries,, <br><br>　　　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>HOLLAND AMERICA LINE, INC.; HOLLAND AMERICA LINE N.V., LLC, doing business as HOLLAND AMERICA LINE N.V.; HAL ANTILLEN N.V.; SOUTHEAST AVIATION, LLC; and ROLF W. LANZENDORFER, II, deceased, by and through LORETTA A. LANZENDORFER, Personal Representative of the ESTATE of ROLF LANZENDORFER, <br><br>　　　　　　　　　　Defendants. | Case No.: 2:22-cv-01071-RAJ-TLF <br><br>**DEFENDANT SOUTHEAST AVIATION, LLC'S NOTICE OF MOTION RE-NOTED** <br><br>RENOTED FOR HEARING: <br>Friday, November 25, 2022 |

Pursuant to Western District of Washington Local Civil Rule 7(l), Defendant Southeast Aviation, LLC, respectfully renotes its pending Motion to Transfer or in the Alternative to Dismiss

NOTICE OF MOTION RE-NOTED - 1
Case No. 2:22-cv-01071-RAJ-TLF

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

for Lack of Personal Jurisdiction, which is currently noted for November 4, 2022, for November 25, 2022.  Counsel for Plaintiffs has consented to renoting the motion for November 25, 2022.

DATED:  October 27, 2022

          LANE POWELL PC

By: *s/ David M. Schoeggl*
David M. Schoeggl, WSBA No. 13638
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone:  206.223.7000
schoeggld@lanepowell.com

Attorneys for Defendant Southeast Aviation, LLC

NOTICE OF MOTION RE-NOTED - 2
Case No. 2:22-cv-01071-RAJ-TLF

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107