UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANA MCARTHUR,

           Plaintiffs,

  v.

HOLLAND AMERICA LINE, INC,

          Defendants.

Case No.:  2:22-cv-01071-RAJ-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION ON HOLLAND AMERICA DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS

The Court, having reviewed Plaintiffs' Second Amended Complaint, the Report and Recommendation of United States Magistrate Judge Theresa L. Fricke (Dkt. # 59), any Objections and Responses to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

  (1) the Court adopts the Report and Recommendation;

  (2) defendants' motion to dismiss plaintiffs' second amended complaint under 12(b)(6) is DENIED (Dkt. # 36).

DATED this 10th day of February, 2023.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge