HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANA MCARTHUR, as Personal Representative of the ESTATES of ANDREA MCARTHUR and RACHEL MCARTHUR, and as ANDREA MCARTHUR and RACHEL MCARTHUR's Wrongful Death Beneficiary; COLLIN KOMPLIN, as Personal Representative of the ESTATE of JACQUELYN KOMPLIN, and ERIN KOMPLIN and COLLIN KOMPLIN as JACQUELYN KOMPLIN's Wrongful Death Beneficiaries; GERALD L. FULLER, as Personal Representative of the Estate of JANET G. KROLL, and GERALD L. FULLER and WENDY CAVALLI, as Janet G. Kroll's Wrongful Death Beneficiaries, <br><br>       Plaintiffs, <br><br> v. <br><br>HOLLAND AMERICA LINE, INC.; HOLLAND AMERICA LINE N.V., LLC, doing business as HOLLAND AMERICA LINE N.V.; HAL ANTILLEN N.V.; SOUTHEAST AVIATION, LLC; and ROLF W. LANZENDORFER, II, deceased, by and through LORETTA A. LANZENDORFER, Personal Representative of the ESTATE of ROLF LANZENDORFER, <br><br>       Defendants. | Case No.: 2:22-cv-01071-RAJ-TLF <br><br>**NOTICE OF SETTLEMENT** |

TO THE CLERK OF COURT:

  Pursuant to Local Rule 11(b), notice is hereby given that the parties have reached an agreement in principle to settle this matter. They ask the Court enter a standard order of post-

NOTICE OF SETTLEMENT - 1
No.: 2:22-cv-01071-RAJ-TLF

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

134815.0001/9288813.1

settlement dismissal per Judge Richard A. Jones Chambers Procedures. As part of settlement, Defendant Southeast Aviation LLC is to withdraw its pending Motion to Transfer or in the Alternative to Dismiss for Lack of Personal Jurisdiction filed on October 13, 2022 [Dkt. 38]. Accordingly and concurrent with this order, and pursuant to Local Rule 7(l), the parties ask that the Court *withdraw Defendant Southeast Aviation, LLC's pending Motion to Transfer or in the Alternative to Dismiss for Lack of Personal Jurisdiction [DKT. 38]*. This notice is being filed by the Defendant with the approval of Plaintiffs and their counsel.

DATED: February 17, 2023

LANE POWELL PC

By: *s/ David M. Schoeggl*
David M. Schoeggl, WSBA No. 13638
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
schoeggld@lanepowell.com
Attorneys for Defendant Southeast Aviation, LLC

NOTICE OF SETTLEMENT - 2
No.: 2:22-cv-01071-RAJ-TLF

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

134815.0001/9288813.1