The Honorable Richard A. Jones
U.S. District Judge
The Honorable Theresa L. Fricke
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANA MCARTHUR, as Personal Representative of the ESTATES of ANDREA MCARTHUR and RACHEL MCARTHUR, and as ANDREA MCARTHUR and RACHEL MCARTHUR's Wrongful Death Beneficiary; COLLIN KOMPLIN, as Personal Representative of the ESTATE of JACQUELYN KOMPLIN, and ERIN KOMPLIN and COLLIN KOMPLIN as JACQUELYN KOMPLIN's Wrongful Death Beneficiaries; GERALD L. FULLER, as Personal Representative of the Estate of JANET G. KROLL, and GERALD L. FULLER and WENDY CAVALLI, as Janet G. Kroll's Wrongful Death Beneficiaries,<br><br>    Plaintiffs,<br><br>vs.<br><br>HOLLAND AMERICA LINE, INC.; HOLLAND AMERICA LINE N.V., LLC, doing business as HOLLAND AMERICA LINE N.V.; and HAL ANTILLEN N.V.<br><br>    Defendants. | NO.  2:22-cv-01071-RAJ-TLF<br><br>**ORDER GRANTING STIPULATED MOTION FOR ORDER EXTENDING THE EXPERT DISCLOSURE DEADLINES**<br><br>NOTED FOR CONSIDERATION: OCTOBER 12, 2023 |

ORDER GRANTING STIPULATED MOTION FOR ORDER
EXTENDING EXPERT DISCLOSURE DEADLINES
(No. 2:22-cv-01071-RAJ-TLF) - 1

**LAW OFFICES OF JAMES S. ROGERS**
705 Second Avenue, Suite 1500
Seattle WA  98104
Ph: 206/621-8525;  Fax: 206/223-8224

1   Based on the Stipulated Motion for Order Extending the Expert Disclosure Deadlines, the

2   Court FINDS good cause and therefore it is hereby

3   ORDERED that the opening expert disclosure deadline is extended from October 13, 2023

4   to November 13, 2023 and the rebuttal expert disclosure deadline is extended from November 17,

5   2023 to December 17, 2023.

6   DATED this  13th  day of  October , 2023.

7

8   _____
    Hon. Theresa L. Fricke
9   U.S. Magistrate Judge

10  Presented by:

11  LAW OFFICES OF JAMES S. ROGERS          STOKES LAWRENCE, P.S.

12  /s/ *James S. Rogers*                    /s/ Caryn Geraghty Jorgensen
    James S. Rogers, WSBA #5335              Caryn Geraghty Jorgensen, WSBA #27514
13  Heather Cover, WSBA # 52146              Brett MacIntyre, WSBA #46572
    Attorneys for Plaintiffs                 1420 Fifth Avenue, Suite 3000
14  705 Second Avenue, Suite 1500            Seattle, WA 98101-2393
    Seattle, WA 98104                        Telephone:  (206) 626-6000
15  Telephone: (206) 621-8525                E-mail: Caryn.Jorgensen@stokeslaw.com
    E-mail: jsr@jsrogerslaw.com              E-mail: Brett.MacIntyre@stokeslaw.com
16  E-mail: heather@jsrogerslaw.com

17  **Pro Hac Vice Counsel for McArthur and
    Komplin Plaintiffs**
18  Ranse M. Partin, Georgia Bar No. 556260
    Will K. Owens, Georgia Bar No. 777434
19  L'Zandra V. Jones, Georgia Bar No. 305294
    CONLEY GRIGGS PARTIN LLP
20  4200 Northside Parkway, NW
    Building One, Suite 300
21  Atlanta, Georgia 30327
    Telephone: (404) 467-1155
22  E-mail: ranse@conleygriggs.com
    E-mail: will@conleygriggs.com
23  E-mail: zan@conleygriggs.com

ORDER GRANTING STIPULATED MOTION FOR ORDER            LAW OFFICES OF JAMES S. ROGERS
EXTENDING EXPERT DISCLOSURE DEADLINES                 705 Second Avenue, Suite 1500
(No. 2:22-cv-01071-RAJ-TLF) - 2                       Seattle WA  98104
                                                      Ph: 206/621-8525;  Fax: 206/223-8224

**Pro Hac Vice Counsel for Kroll Plaintiffs**
David C. Wise, Illinois Bar No. 6217063
Robert J. Bingle, Illinois Bar No. 6182053
WISE MORRISSEY, LLC
161 North Clark Street, Suite 3250
Chicago, Illinois 60601
Telephone: (833) 239-7371
E-mail: dcw@wisemorrissey.com
E-mail: rjb@wisemorrissey.com

ORDER GRANTING STIPULATED MOTION FOR ORDER EXTENDING EXPERT DISCLOSURE DEADLINES
(No. 2:22-cv-01071-RAJ-TLF) - 3

LAW OFFICES OF JAMES S. ROGERS
705 Second Avenue, Suite 1500
Seattle WA  98104
Ph: 206/621-8525;  Fax: 206/223-8224